1  Daniel M. Feinberg– CA State Bar No. 135983
     dfeinberg@lewisfeinberg.com
2  Cassie Springer-Sullivan – CA State Bar No. 221506
     cssullivan@lewisfeinberg.com
3  Margaret E. Hasselman – CA State Bar No. 228529
     mhasselman@lewisfeinberg.com
4  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
5  Oakland, CA  94612
   Telephone: (510) 839-6824
6  Facsimile: (510) 839-7839

7  Attorneys for Plaintiff

8  (ADDITIONAL COUNSEL LISTED BELOW)

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12
   DAVID CAPLAN,                          )
13                                         )
                   Plaintiff,              )   Case No. C06-5865 CW
14                                         )
         vs.                               )   **STIPULATION AND [PROPOSED]**
15                                         )   **ORDER TO PERMIT PLAINTIFF TO**
   CNA INTEGRATED DISABILITY               )   **FILE AN AMENDED COMPLAINT**
16 PROGRAM PLAN; THE HARTFORD              )   **AND TO CONTINUE DATES**
   FINANCIAL SERVICES GROUP, INC.; and     )
17 CONTINENTAL ASSURANCE COMPANY,          )
                                           )
18                                         )
                   Defendants.             )
19 _____     )

20

21
   ADDITIONAL COUNSEL:
22

23 SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Bruce D. Celebrezze – CA State Bar No. 102181
24   bruce.celebrezze@sdma.com
   Dennis G. Rolstad – CA State Bar No. 150006
25   dennis.rolstad@sdma.com
   Michelle Y. McIsaac– CA State Bar No. 215294
26   michelle.mcisaac@sdma.com
   One Market Plaza
27 Steuart Tower, 8th Floor

28

STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE AN AMENDED COMPLAINT
AND TO CONTINUE DATES     (Case No. 06-05865 CW)                                PAGE 1

1  San Francisco, California 94105
   Telephone: (415) 781-7900
2  Facsimile: (415) 781-2635

3  Attorneys for Defendant
   Hartford Financial Services Group, Inc.
4
   GALTON & HELM LLP
5  Daniel W. Maguire – CA State Bar No. 120002
    dmaguire@galtonhelm.com
6  Michael B. Bernacchi  – CA State Bar No. 163657
    mbernacchi@galtonhelm.com
7  500 South Grand Avenue, Suite 1200
   Los Angeles, California 90071-2624
8  Telephone: (213) 629-8800
   Facsimile: (213) 629-0037
9
   Attorneys for Defendants
10 CNA Integrated Disability Program Plan and
   Continental Assurance Company
11

12 //

13 //

14         WHEREAS Plaintiff filed his complaint on September 22, 2006;

15         WHEREAS the Court issued a scheduling order as follows:

16 **Date**                          **Event**

17 December 1, 2006                  Meet and Confer re: initial disclosures, early settlement,

18                                   ADR process selection, and discovery plan

19 December 1, 2006                  File ADR Certification signed by Parties and Counsel

20 December 1, 2006                  File either Stipulation to ADR Process or Notice of Need

21                                   for ADR Phone Conference

22 December 15, 2006                 Last day to complete initial disclosures or state objection in

23                                   Rule 26(f) Report, file Case Management Statement, and

24                                   file Rule 26(f) Report

25 December 22, 2006                 Initial Case Management Conference in Courtroom 2,

26                                   Oakland at 1:30 PM;

27         WHEREAS on October 17, 2006, Plaintiff and Defendant Hartford Financial Services

28

STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE AN AMENDED COMPLAINT
AND TO CONTINUE DATES     (Case No. 06-05865 CW)                              PAGE 2

1  Group ("Hartford") stipulated that all defendants would have an extension until November 2,
2  2006 to file a responsive pleading;
3      WHEREAS on November 2, 2006, Plaintiff and Defendant Hartford stipulated that
4  Defendants CNA Integrated Disability Program Plan ("the Plan") and Continental Assurance
5  Company ("Continental") would have a further extension until November 17, 2006 to file a
6  responsive pleading;
7      WHEREAS on November 14, 2006, Plaintiff and Defendants the Plan and Continental
8  stipulated that the Plan and Continental would have a further extension until November 27, 2006
9  to file a responsive pleading;
10     WHEREAS Defendant Hartford noticed a Motion to Dismiss and a Motion for Summary
11 Judgment for December 22, 2006, at 10:00 AM;
12     WHEREAS some Defendants have indicated that they will provide information to
13 Plaintiff by December 18, 2006 which may suggest that Plaintiff should, depending on the
14 content of that information, amend the complaint to bring concurrent state law claims against an
15 additional defendant, as well as address Defendant Hartford's contention in its Motion for
16 Summary Judgment that the incorrect Hartford entity was named, pursuant to the Declaration of
17 Jeffery P. Apuzzo filed in support of Hartford's Motion for Summary Judgment;
18     NOW, THEREFORE, the parties to this action, by and through their undersigned
19 attorneys, hereby stipulate and respectfully request the Court to order as follows:
20     1.    Plaintiff David Caplan will file a First Amended Complaint by December 29,
21         2006.
22     2.    All Defendants who have appeared in this action will have 10 days after service of
23         the First Amended Complaint to file a responsive pleading, pursuant to
24         Fed.R.Civ.P. 15(a).
25     3.    Specifically, Defendants the Plan and Continental, whose answer was previously
26         due by November 27, 2006, will have an extension to file a responsive pleading
27         until 10 days after service of the First Amended Complaint, pursuant to
28

Fed.R.Civ.P. 15(a).

4. If any new defendants are named in the First Amended Complaint, those defendants will have 20 days following service to file a responsive pleading, pursuant to Fed.R.Civ.P. 12(a)(1)(A).

5. If any new defendants named in the First Amended Complaint are represented by counsel who have already appeared in this action, those counsel will agree to accept service of the First Amended Complaint through their attorneys by facsimile and U.S. Mail, to waive the additional 40 days ordinarily allotted to defendants so served pursuant to Fed.R.Civ.P. 12(a)(a)(B), and will instead file a responsive pleading within 20 days of service of the First Amended Complaint.

6. All previously scheduled court-ordered dates and noticed motion dates are continued as follows:

| Original Date | Event | New Date |
| --- | --- | --- |
| 12/1/2006 | Meet and Confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 2/2/2007 |
| 12/1/2006 | File ADR Certification signed by Parties and Counsel | 2/2/2007 |
| 12/1/2006 | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 2/2/2007 |
| 12/1/2006 | Last day for Plaintiff to file an Opposition to Defendant Hartford's Motion for Summary Judgment and Motion to Dismiss | 2/2/2007 |
| 12/8/2006 | Last day for Defendant Hartford to file a Reply Brief in Support of Hartford's Motion for Summary Judgment and Motion to Dismiss | 2/9/2007 |
| 12/15/2006 | Last day to complete initial disclosures or state | 2/16/2007 |

| | | |
|---|---|---|
| | objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | |
| 12/22/2006 | Initial Case Management Conference in Courtroom 2, Oakland at 1:30 PM; | **2/23/2007, 10:00 AM** |
| 12/22/2006 | Hearing on Defendant Hartford's Motion for Summary Judgment at 10:00 AM | **2/23/2007, 10:00 AM** |
| 12/22/2006 | Hearing on Defendant Hartford's Motion to Dismiss at 10:00 AM | **2/23/2007, 10:00 AM** |

7. The February 23, 2007 Case Management Conference will be held immediately after the 10:00 AM hearing on Defendants' motions, rather than at 1:30 PM that same day.

Dated: November 21, 2006             LEWIS, FEINBERG,
                                     RENAKER & JACKSON P.C.

                              By:    /S/_____
                                     Cassie Springer-Sullivan
                                     Attorneys for Plaintiff

Dated: November 21, 2006             SEDGWICK, DETERT, MORAN &
                                     ARNOLD LLP

                              By:    /S/_____
                                     Dennis G. Rolstad
                                     Attorneys for Defendant
                                     Hartford Financial Services Group, Inc.

Dated: November 21, 2006             GALTON & HELM LLP

                              By:    /S/_____
                                     Michael B. Bernacchi
                                     Attorneys for Defendants
                                     CNA Integrated Disability Program Plan and
                                     Continental Assurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

           11/28
Dated: _____, 2006               _____
                                     Honorable Claudia Wilken
                                     United States District Court

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.
3
4                                                           _/S/_____
5                                                           Cassie Springer-Sullivan
                                                            Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE AN AMENDED COMPLAINT
AND TO CONTINUE DATES     (Case No. 06-05865 CW)                              PAGE 6