Daniel Feinberg – SBN 135983
Cassie Springer-Sullivan – SBN 221506
Margaret E. Hasselman – SBN 228529
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
   Email: dfeinberg@lewisfeinberg.com
   Email: cssullivan@lewisfeinberg.com
   Email: mhasselman@lewisfeinberg.com

*Attorneys for Plaintiff*

Bruce D. Celebrezze – SBN 102181
Dennis Rolstad – SBN 150006
Michelle Y. McIsaac – SBN 215294
SEDWICK, DETERT, MORAN
& ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
   Email: bruce.celebrezze@sdma.com
   Email: dennis.rolstad@sdma.com
   Email: michelle.mcissac@sdma.com

*Attorneys for Defendants CNA Long Term Disability Plan and Hartford Group Insurance Company*

James M. Nelson – SBN 116442
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839
   Email: jmnelson@seyfarth.com

*Attorneys for Defendant CNA Short Term Disability Plan*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID CAPLAN,<br><br>              Plaintiff,<br><br>      vs.<br><br>CNA SHORT TERM DISABILITY PLAN;<br>CNA LONG TERM DISABILITY PLAN; and<br>HARTFORD LIFE GROUP INSURANCE<br>COMPANY,<br><br>              Defendants. | Case No. C06-05865 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND ADR<br>COMPLIANCE DATE** |

1  WHEREAS Plaintiff has noticed a Motion to Modify Scheduling Order and Amend Complaint for June 7, 2007; and

WHEREAS the proposed Second Amended Complaint would add two new defendants: CNA Financial Corporation and University Disability Consortium, and would eliminate one defendant: CNA Short Term Disability Plan; and

WHEREAS the Court ordered that the parties complete an ADR session by May 15, 2007; and

WHEREAS completion of an ADR session by May 15, 2007 would not enable the potential new parties to participate if the Court permits Plaintiff to amend the complaint;

NOW, THEREFORE, the parties to this action, by and through their undersigned attorneys, hereby stipulate and respectfully request the Court to order as follows:

1. The deadline to complete the court-ordered ADR session is extended from May 15, 2007, until either 45 days after the new Defendants appear or, if the Court does not grant Plaintiff's Motion to Modify Scheduling Order and Amend Complaint, 45 days after the Court denies Plaintiff's motion.

Dated: April 25, 2007                    LEWIS, FEINBERG, LEE,
                                         RENAKER & JACKSON P.C.

                                   By:   /s/
                                         Margaret E. Hasselman
                                         Attorneys for Plaintiff

Dated: April 25, 2007                    SEDGWICK, DETERT, MORAN
                                         & ARNOLD LLP

                                   By:   /s/
                                         Michelle Y. McIsaac
                                         Attorneys for Defendants CNA Long Term
                                         Disability Plan and Hartford Group
                                         Insurance Company

STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR COMPLIANCE DATE
CASE NO. C06-05865 (CW)                                                    PAGE 1

1  Dated: April 26, 2007                                   SEYFARTH SHAW LLP

2                                                   By:    /s/
                                                           _____
3                                                          James M. Nelson
                                                           Attorneys for Defendant CNA Short Term
4                                                          Disability Plan

5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6  Dated: __4/30__, 2007                                   _Claudia Wilken_____
                                                           Honorable Claudia Wilken
7                                                          United States District Court

STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR COMPLIANCE DATE
CASE NO. C06-05865 (CW)                                                                    PAGE 2