| | |
|---|---|
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>Daniel M. Feinberg (SBN 135983)<br>E-mail: dfeinberg@lewisfeinberg.com<br>Cassie Springer-Sullivan (SBN 221506)<br>E-mail: cssullivan@lewisfeinberg.com<br>Margaret E. Hasselman (SBN 228529)<br>E-mail: mhasselman@lewisfeinberg.com<br>1330 Broadway, Suite 1800<br>Oakland, California 94612<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br><br>Attorneys for Plaintiff<br>DAVID CAPLAN | SEYFARTH SHAW LLP<br>James M. Nelson (SBN 116442)<br>E-mail: jmnelson@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839<br><br>Krista L. Mitzel (SBN 221002)<br>E-mail: kmitzel@seyfarth.com<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendants<br>CNA SHORT TERM DISABILITY PLAN<br>and CNA FINANCIAL CORPORATION |

SEDGWICK, DETERT, MORAN & ARNOLD LLP
Bruce D. Celebrezze (SBN 102181)
E-mail: bruce.celebrezze@sdma.com
Dennis G. Rolstad (SBN 150006)
E-mail: dennis.rolstad@sdma.com
Michelle Y. McIsaac (SBN 215294)
E-mail: michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE GROUP INSURANCE COMPANY and
CNA LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CAPLAN,<br><br>    Plaintiff,<br><br>v.<br><br>CNA FINANCIAL CORPORATION; CNA SHORT TERM DISABILITY PLAN; CNA LONG TERM DISABILITY PLAN; HARTFORD LIFE GROUP INSURANCE COMPANY,<br><br>    Defendants. | Case No. 4:06-cv-05865-CW<br>ORDER GRANTING<br>**JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT MEDIATION** |

JOINT STIP. TO CONTINUE MEDIATION DEADLINE/Case No. 4:06-cv-05865-CW

Pursuant to Local ADR Rule 6-5, Plaintiff David Caplan ("Caplan") and defendants Hartford Life Group Insurance Company ("Hartford"), CNA Long Term Disability Plan ("CNA LTD Plan"), CNA Short Term Disability Plan ("CNA STD Plan") and CNA Financial Corporation, hereby submit this Joint Stipulation to Continue the Deadline To Conduct Mediation.

WHEREAS, on February 2, 2007, the parties submitted a Stipulation and [Proposed] Order Selecting ADR Process and opted for mediation. In May 2007, Plaintiff filed a Motion to Modify the Scheduling Order which was granted in part on June 1, 2007. In its Order, the Court indicated that the parties could seek to modify the scheduling order, if necessary. Therefore, on April 25, 2007, the parties stipulated to continue the deadline to mediate.

WHEREAS, per the Court's Order allowing modification to the scheduling order Plaintiff filed an amended complaint and Defendants required time to respond, the parties will be unable to complete mediation by the previous deadline of August 31, 2007.

WHEREAS, the parties will participate in mediation with Michael J. Loeb on September 5, 2007.

NOW THEREFORE IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel of record, and the parties respectfully request that the Court order as follows:

1. The parties shall complete mediation no later than September 5, 2007.

IT IS HEREBY STIPULATED.

DATED: August 14, 2007

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

_____
Margaret E. Hasselman

Attorneys for Plaintiff
DAVID CAPLAN

```
 1  DATED: August ___, 2007                    SEDGWICK, DETERT, MORAN &
 2                                              ARNOLD LLP
 3
 4                                              _____
                                                       Bruce D. Celebrezze
 5                                                     Dennis G. Rolstad
                                                       Michelle Y. McIsaac
 6
                                                Attorneys for Defendants
 7                                              HARTFORD LIFE GROUP INSURANCE
                                                COMPANY and
 8                                              CNA LONG TERM DISABILITY PLAN

 9  DATED: August 17, 2007                      SEYFARTH SHAW LLP
10
11                                              _____
                                                       James M. Nelson
12                                                     Krista L. Mitzel
13
                                                Attorneys for Defendants
14                                              CNA SHORT TERM DISABILITY PLAN
                                                and CNA FINANCIAL CORPORATION
```

## ORDER

IT IS HEREBY ORDERED THAT, pursuant to the joint stipulation and good cause appearing, the parties shall complete mediation no later than September 5, 2007.

IT IS SO ORDERED.

DATED: _____ 2007

_____
The Honorable Claudia Wilken
United States District Court Judge

| | | |
|---|---|---|
| 1 | DATED: August 15, 2007 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | |
| 4 | | _____ |
| 5 | | Bruce D. Celebrezze<br>Dennis G. Rolstad<br>Michelle Y. McIsaac |
| 6 | | Attorneys for Defendants<br>HARTFORD LIFE GROUP INSURANCE COMPANY and |
| 7 | | CNA LONG TERM DISABILITY PLAN |
| 8 | | |
| 9 | DATED: August ___, 2007 | SEYFARTH SHAW LLP |
| 10 | | |
| 11 | | |
| 12 | | _____<br>James M. Nelson<br>Krista L. Mitzel |
| 13 | | Attorneys for Defendants |
| 14 | | CNA SHORT TERM DISABILITY PLAN (erroneously sued as CNA Integrated Disability Program Plan) and |
| 15 | | CONTINENTAL ASSURANCE COMPANY |

**ORDER**

IT IS HEREBY ORDERED THAT, pursuant to the joint stipulation and good cause appearing, the parties shall complete mediation no later than September 5, 2007.

IT IS SO ORDERED.

DATED: 8/21 2007

_____
The Honorable Claudia Wilken
United States District Court Judge

---

3
JOINT STIP. TO CONTINUE DEADLINE TO MEDIATE/Case No. 4:06-cv-05865-CW