SEYFARTH SHAW LLP
James M. Nelson (SBN 116442)
Email: jmnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
CNA SHORT TERM DISABILITY PLAN and
CNA FINANCIAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DAVID CAPLAN, <br><br> Plaintiff, <br><br> v. <br><br> CNA FINANCIAL CORPORATION; CNA SHORT TERM DISABILITY PLAN; CNA LONG TERM DISABILITY PLAN; HARTFORD LIFE GROUP INSURANCE COMPANY, <br><br> Defendants. | Case No. 4:06-cv-05865-CW <br><br> **STIPULATION FOR DISMISSAL AS TO CNA SHORT TERM DISABILITY PLAN AND CNA FINANCIAL CORPORATION AND PROPOSED ORDER** |

Defendant CNA Financial Corporation and Plaintiff have reached a resolution of Plaintiff's claims against CNA Financial and the CNA Short Term Disability Plan that has been separately documented. That resolution, to become effective, requires dismissal of the claims brought against CNA Financial and the CNA Short Term Disability Plan with prejudice (but without prejudice to either Plaintiff's or the remaining Defendants' position in the claims involving the Long Term Disability Plan and Hartford Life Group Insurance Company) and an absence of further litigation as to Defendant CNA Short Term Disability Plan's ERISA covered status.

/

/

---

STIPULATION FOR DISMISSAL OF CNA FINANCIAL & CNA SHORT TERM DISABILITY PLAN

SC1 17085274.2

Accordingly, and pursuant to Fed. R. Civ. P. 41(a), the parties herby stipulate as follows:

1. All claims brought against CNA Financial and the CNA Short Term Disability Plan are hereby dismissed with prejudice with neither of those Defendants nor Plaintiff being deemed to be a prevailing party for any reason and with each side to bear its own attorney fees and costs;

2. Plaintiff's allegations as to the ERISA covered status of the CNA Short Term Disability Plan are withdrawn and shall not hereafter be litigated as an issue in this case and the elimination of this issue shall not be deemed to favor either Plaintiff or the remaining Defendants in the remaining claims.

DATED: NOVEMBER 6, 2007

LEWIS, FEINBERG, LEE, RENAKER &JACKSON PC

By _____
Daniel Feinberg
Cassie Springer-Sullivan
Margaret E. Hasselman
Attorneys for Plaintiff
DAVID CAPLAN

DATED: NOVEMBER 2, 2007

SEYFARTH SHAW LLP

By _____
James M. Nelson
Krista L. Mitzel
Attorneys for Defendants
CNA SHORT TERM DISABILITY PLAN
AND CNA FINANCIAL CORPORATION

# ORDER

Pursuant to stipulation of the parties, it is hereby ordered that all claims against Defendants CNA Financial and the CNA Short Term Disability Plan are hereby dismissed with prejudice with each side to bear their own attorneys fees and costs and that the ERISA covered status of Defendant CNA Short Term Disability Plan shall not be further litigated in this action.

DATED: 21, 2007

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

By _____
Honorable Claudia Wilken
U.S. District Court Judge