IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID CAPLAN,

    Plaintiff,

  v.

CNA FINANCIAL CORPORATION; CNA SHORT TERM DISABILITY PLAN; CNA LONG TERM DISABILITY PLAN; and HARTFORD LIFE GROUP INSURANCE COMPANY,

    Defendants.

                     No. C 06-05865 CW

ORDER ADMINISTRATIVELY CLOSING CASE

Pursuant to this Court's Order Granting in Part Plaintiff's Motion for Judgment and Granting in Part Defendants' Cross-Motion for Judgment,

IT IS HEREBY ORDERED that:

1. Pending Hartford Life Group Insurance Company's decision, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, it may be reopened at either party's request, at which time final judgment may be entered.

Dated: 4/4/08

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge