1  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   DANIEL M. FEINBERG  Bar No. 135983
2  dfeinberg@lewisfeinberg.com
   MARGARET E. HASSELMAN  Bar No. 228529
3  mhasselman@lewisfeinberg.com
   1330 Broadway, Suite 1800
4  Oakland, California 94612
   Telephone: (510) 839-6824
5  Facsimile: (510) 839-7839

6  Attorneys for Plaintiff
   DAVID CAPLAN
7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   bruce.celebrezze@sdma.com
9  DENNIS G. ROLSTAD  Bar No. 150006
   dennis.rolstad@sdma.com
10 ERIN A. CORNELL  Bar No. 227135
   erin.cornell@sdma.com
11 One Market Plaza
   Steuart Tower, 8th Floor
12 San Francisco, California 94105
   Telephone: (415) 781-7900
13 Facsimile: (415) 781-2635

14 Attorneys for Defendants
   HARTFORD LIFE GROUP INSURANCE COMPANY and
15 CNA LONG TERM DISABILITY PLAN

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  DAVID CAPLAN, | CASE NO. C06-05865 CW |
| 20       Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 21       v. | |
| 22  CNA SHORT TERM DISABILITY PLAN; CNA LONG TERM DISABILITY PLAN; HARTFORD LIFE GROUP INSURANCE COMPANY, | |
| 25       Defendants. | |

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff David Caplan
2 and Defendants Hartford Life Group Insurance Company and CNA Long Term Disability Plan,
3 by and through their respective attorneys of record herein, that this entire action, including the
4 complaint, shall be dismissed with prejudice, each party to bear his or its own attorneys' fees and
5 costs.  IT IS FURTHER STIPULATED AND AGREED by and between Plaintiff David Caplan
6 and Defendants Hartford Life Group Insurance Company and CNA Long Term Disability Plan
7 that Defendants have satisfied any and all claims for past due benefits, attorneys' fees, costs, and
8 interest in this action, whether or not such claims were made, and all such claims are included
9 among the matters to be DISMISSED pursuant to this Stipulation.

10  DATED:  October 23, 2009        LEWIS, FEINBERG, LEE, RENAKER & JACKSON P.C.

11
                                    By: s/Margaret E. Hasselman
12                                      Daniel M. Feinberg
                                        Margaret E. Hasselman
13                                      Attorneys for Plaintiff
                                        DAVID CAPLAN
14

15  DATED:  October 26, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP

16
                                    By:  s/Dennis G. Rolstad
17                                      Dennis G. Rolstad
                                        Erin A. Cornell
18                                      Attorneys for Defendants
                                        HARTFORD LIFE GROUP INSURANCE COMPANY
19                                      and CNA LONG TERM DISABILITY PLAN

20   I hereby attest that I have on file all holograph signatures for any signatures indicated by
21 a "conformed" signature (/s/) within this e-filed document.

22                                  s/Dennis G. Rolstad
                                    Dennis G. Rolstad
23

24                                  **ORDER**

25   IT IS SO ORDERED.

26  DATED:  __10/27/09_____        [signature]

27
                                    _____
28                                  HONORABLE CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

SF/1631897v1                                       -2-                    CASE NO. C06-05865 CW
                    STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE